UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ALLERGAN BIOCELL TEXTURED
BREAST IMPLANT PRODUCTS LIABILITY
LITIGATION

MDL No. 2921

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On December 18, 2019, the Panel transferred 4 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2019). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Brian R. Martinotti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martinotti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of December 18, 2019, and, with the consent of that court, assigned to the Honorable Brian R. Martinotti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 27, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____
Deputy Clerk

**IN RE: ALLERGAN BIOCELL TEXTURED
BREAST IMPLANT PRODUCTS LIABILITY
LITIGATION**                                                                 MDL No. 2921

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 8 | 19−01931 | Jessica Valdez et al v. Allergan, Inc. et al |
| CAC | 8 | 19−02064 | L.Y. R. v. Allergan, Inc. et al |
| CAC | 8 | 19−02101 | Theresa Crawford v. Allergan Inc. et al |
| CAC | 8 | 19−02103 | Misty Riportella v. Allergan Inc. et al |
| CAC | 8 | 19−02321 | Tammy Haddad v. Allergan, Inc et al |
| CAC | 8 | 19−02322 | Amy Lester v. Allergan Inc. et al |
| CAC | 8 | 19−02323 | Kristen Nobles v. Allergan Inc. et al |
| CAC | 8 | 19−02324 | Angela Scharf v. Allergan Inc. et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 4 | 19−06347 | C.C. v. Allergan, Inc., et al |
| DISTRICT OF COLUMBIA | | | |
| DC | 1 | 19−03013 | BYRNES v. ALLERGAN, INC. |
| FLORIDA MIDDLE | | | |
| FLM | 6 | 19−02016 | Russell et al v. Allergan Inc. |
| FLM | 8 | 19−02858 | M.P. et al v. Allergan, INC.,et al |
| FLORIDA NORTHERN | | | |
| FLN | 3 | 19−04482 | ASHCRAFT et al v. ALLERGAN INC et al |
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 19−24224 | F.W. v. Allergan, Inc. et al |
| FLS | 1 | 19−24417 | F. et al v. Allergan PLC et al |
| IOWA SOUTHERN | | | |
| IAS | 4 | 19−00361 | Sloan v. Allergan Inc et al |

KANSAS

| KS | 2 | 19–02633 | Dobson v. Allergan, Inc. |

MICHIGAN EASTERN

| MIE | 2 | 19–13512 | Kosto et al v. Allergan, Inc. f/k/a Inamed Corporation et al |

MISSOURI EASTERN

| MOE | 4 | 19–02766 | Rimkus v. Allergan, Inc. et al |

NEW YORK EASTERN

| NYE | 2 | 19–05911 | Doe v. Allergan, Inc. et. al. |

NEW YORK SOUTHERN

| NYS | 7 | 19–09995 | Doe v. Allergan, Inc. et al |

OREGON

| OR | 3 | 19–01735 | E.S.E. et al v. Allergan, Inc. et al |

PENNSYLVANIA EASTERN

| PAE | 2 | 19–05138 | DOE v. ALLERGAN, INC. et al |

TEXAS SOUTHERN

| TXS | 4 | 19–03973 | K.P. v. Allergan, Inc et al |